(April 18, 1906.)

FRED J. HORNER, Appellant, v. A. V. CHAMBERLAIN et al., Respondents.

[85 Pac. 927.]

APPEAL from the District Court of the First Judicial District for Kootenai County. Hon. Ralph T. Morgan, Judge.

Action for malicious prosecution. Demurrer to complaint sustained and judgment of dismissal entered. *Reversed.*

This action was commenced to recover damages for malicious prosecution, and the pleadings and questions involved herein are substantially the same as in the case of Wm. J. Russell, Appellant, v. A. V. Chamberlain et al., Respondents, decided at this term of this court and reported in 85 Pac. 926, (*ante,* p. 299), and by stipulation of counsel this case was the follow the decision in the said case of *Russell v. Chamberlain.* On the authority of that case, the judgment in this case must be reversed and the case remanded, with direction to the trial court to overrule the demurrers and to give the respondents a reasonable time in which to answer. Costs awarded to appellant.

Stockslager, C. J., and Ailshie, J., concur.